# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# PALM BEACH DIVISION

Civil Case No.: 14-80246-CV-MIDDLEBROOKS/BRANNON

CLAUDIA BATALLA as an individual, and on behalf of all others similarly situated,

    *Plaintiff,*

vs.

THE HAIN CELESTIAL GROUP, INC., a Delaware corporation,

    *Defendant.*

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff, Claudia Batalla, and Defendant, The Hain Celestial Group, Inc., by and through their respective undersigned counsel, and pursuant to this this Court's Order of Referral to Mediation [DE 9], hereby notifies the Court and the Clerk that the parties have agreed to Rodney A. Max, of Upchurch, Watson, White & Max to mediate this matter.

**DATED:** May 13, 2014.    **Respectfully Submitted,**

By:    */s/   Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Fla. Bar. No.: 0067926
**THE EGGNATZ LAW FIRM, P.A.**
1920 N. Commerce Parkway
Suite 1
Weston, FL 33326
Tel: (954) 634-4355
Fax: (954) 634-4342
*JEggnatz@EggnatzLaw.com*

Howard W. Rubinstein, Esq.
Florida Bar No.: 104108

          THE LAW OFFICES OF
          **HOWARD W. RUBINSTEIN, P.A.**
          1615 Forum Place, Suite 4C
          West Palm Beach, FL 33401
          (800) 436-6437
          (415) 692-6607 (fax)
          Email: *howardr@pdq.net*

*Counsel for Plaintiff and the Proposed Class*

*/s/ James C. Farrell*
James C. Farrell
1111 Marcus Avenue
Lake Success, NY 11042
(954) 587-5195
*James.farrell@hain.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          */s/ Joshua H. Eggnatz*
          Joshua H. Eggnatz, Esq.

## SERVICE LIST

James C. Farrell
1111 Marcus Avenue
Lake Success, NY 11042
(954) 587-5195
James.farrell@hain.com

*Counsel for Defendant*