**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION**

Civil Case No.: 14-80246-CV-MIDDLEBROOKS/BRANNON

| | |
|---|---|
| CLAUDIA BATALLA as an individual, and on behalf of all others similarly situated, | : : : |
| *Plaintiff,* | : : |
| *vs.* | : : : |
| THE HAIN CELESTIAL GROUP, INC., a Delaware corporation, | : : : |
| *Defendant.* | : : |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Cladia Batalla, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntary dismisses the above-captioned aciton with prejudice.

Respectfully submitted this 23rd day of May 2014.

>  */s/   Joshua H. Eggnatz*
> Joshua H. Eggnatz, Esq.
> Fla. Bar. No.: 0067926
> **THE EGGNATZ LAW FIRM, P.A.**
> 1920 N. Commerce Parkway
> Suite 1
> Weston, FL 33326
> Tel:   (954) 634-4355
> Fax:   (954) 634-4342
> *JEggnatz@EggnatzLaw.com*
>
> */s/   Howard W. Rubinstein*
> Howard W. Rubinstein, Esq.
> Florida Bar No.: 104108
> **THE LAW OFFICES OF
> HOWARD W. RUBINSTEIN, P.A.**
> 1615 Forum Place, Suite 4C

West Palm Beach, FL 33401<br>
(800) 436-6437<br>
(415) 692-6607 (fax)<br>
Email: *howardr@pdq.net*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23rd, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.

## SERVICE LIST

James C. Farrell
1111 Marcus Avenue
Lake Success, NY 11042
(954) 587-5195
James.farrell@hain.com

*Counsel for Defendant*

2