UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80246-CIV-MIDDLEBROOKS/BRANNON

CLAUDIA BATALLA,

    Plaintiff,

vs.

THE HAIN CELESTIAL GROUP, INC.,

    Defendant.

_____/

## ORDER ACCEPTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 13) ("Notice"), filed May 23, 2014. Plaintiff filed this Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). After reviewing the Notice and record in this case, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal (DE 13) is **ACCEPTED**.

It is further hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28 day of May, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record